# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01194-WYD-MJW

LARRY WHITE,

    Applicant,

v.

MARK McKINNA, Supt. F.C.F., and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY DISTRICT JUDGE WILEY Y. DANIEL

    On September 25, 2006, Applicant filed a "Motion to Compel Disclosure and Discovery Pursuant to Rule 37, (2), (A) (B) F. R. Civ. P" (docket #19).  The Motion is denied as premature.

    Dated:  September 26, 2006