**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge Wiley Y. Daniel

Civil Action No. 06-cv-01194-WYD-BNB

LARRY WHITE,

    Applicant,

v.

MARK McKINNA, Supt. F.C.F., and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

**ORDER DIRECTING APPLICANT TO FILE AN
AMENDED APPLICATION ON A COURT-APPROVED FORM**

---

On August 22, 2006, Applicant Larry White filed two motions to amend or supplement pursuant to Rule 15 of the Federal Rules of Civil Procedure. He then filed two additional motions to amend or supplement on September 18, 2006.

Prior to a responsive pleading being served, an Applicant may amend an application once as a matter of course pursuant to Fed. R. Civ. P. Rule 15(a). Applicant is reminded, however, that an amended application supersedes the original application. *See Balance v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985); *Cameron v. Figwort,* 705 F.2d 676 (2d Cir. 1983); *London v. Coopers & Lybrand,* 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, *Federal Practice and Procedure* § 1476 (1990). The four motions that Applicant has filed in an attempt to amend the instant action are inappropriately filed.

Applicant is instructed to refrain from filing any further motions requesting to supplement or amend the Application. Applicant's continual filing of motions to supplement or amend borders on being abusive. The content of the motions is both rambling and repetitive. Therefore, Applicant is directed to file a new completed Court-approved 28 U.S.C. § 2241 application form that includes all appropriate § 2241 arguments that he now desires to present to this Court in the instant action. Accordingly, it is

ORDERED that Applicant's two Motions to amend or supplement (Doc. Nos. 13 and 14), filed on August 22, 2006, are denied as unnecessary. It is

FURTHER ORDERED that the Motions to amend (Doc. Nos. 17 and 18), filed on September 18, 2006, are denied as moot. It is

FURTHER ORDERED that the requests for judicial notice addressed in the September 18, 2006, Motion and in the September 26, 2006, Motion (Doc. Nos. 17 and 20), the Motion to expand the record (Doc. No. 12), filed August 22, 2006, and the Motion for appointment of counsel (Doc. No. 15), filed August 28, 2006, are all denied as premature. It is

FURTHER ORDERED that Applicant is to file an Amended Application within thirty days of the date of the instant Order and include all appropriate § 2241 arguments that he seeks to set forth in the instant action. It is

FURTHER ORDERED that if Applicant fails to file an Amended Application within thirty days the Court will commence to consider only the original Application filed on June 21, 2006, in the instant action. It is

FURTHER ORDERED that Applicant is to refrain from filing piece-meal supplements regarding any additional arguments he seeks to raise in the instant action, and the only proper document for filing at this time is an Amended Application. It is

FURTHER ORDERED that if Applicant continues to file unnecessary and premature motions with the Court he will be subject to sanctions. It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this Order, one copy of the following form for use in filing the Amended Application: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

Dated: October 16, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge