IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01194-WYD

LARRY WHITE,

    Applicant,

v.

MARK McKINNA, Supt. F.C.F., and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

### ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Alter and Amend Court's Order, Pursuant to Rule 59, filed June 7, 2012 [ECF No. 64]. As set forth in my Order of June 4, 2012 [ECF No. 63], the Court will not entertain any further reconsideration of its previous orders. Therefore, the instant motion is **DENIED**. In addition, Plaintiff is reminded that any further motions filed containing arguments that were previously presented to this court will be STRICKEN.

    Dated: June 15, 2012

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge