IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01194-WYD

LARRY WHITE,

     Petitioner,

v.

MARK MCKINNA, Supt. F.C.F.,
JOHN W. SUTHERS, The Attorney General State of Colorado,

     Respondents.

---

ORDER DENYING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

---

Daniel, Chief Judge

Petitioner filed *pro se* a notice of appeal and a motion to proceed *in forma*

*pauperis* on appeal [69].  The court has examined the motion and the file and finds that

the motion is deficient for the following reasons:

| | |
|---|---|
| _____ | is missing affidavit |
| _____ | affidavit is incomplete |
| _____ | affidavit is not notarized or is not properly notarized |
| _____ | affidavit is missing required financial information |
| _____ | is missing certified copy of prisoner's trust fund statement for the 6 month period immediately preceding this filing |
| _____ | is missing certificate showing current balance in prison account |
| _____ | is missing an original signature by the prisoner |
| X | is not on proper form (must use the court's current form) |
| X | other  No declaration that the information provided is true and correct |

Accordingly, it is

ORDERED that the motion seeking leave to proceed *in forma pauperis* on

appeal, ECF No. 69, is denied without prejudice because the motion is deficient.  A new

motion may be filed in the United States Court of Appeals for the Tenth Circuit.  It is

FURTHER ORDERED that the motion to proceed *pro se* on appeal, ECF No. 70,

and the motion for designation on the record, ECF No. 71, are denied as unnecessary.

DATED at Denver, Colorado this   16   day of August, 2012

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE